PIERRE C. WADDINGTON, Appellant, v. JAMES B. REGAN, Respondent.— Judg-

ment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.